# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ERIC L. BOLTON

NO. 2021 KW 0956

**OCTOBER 25, 2021**

---

In Re:     Eric L. Bolton, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           484,145.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                        **PMc**
                        **JEW**
                        **MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT